# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| McKenzie County, ND, | ) | |
|---|---|---|
| Plaintiff, | ) ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| United States of America | ) | |
| | ) | Case No. 1-16-cv-1 |
| Defendant. | ) | |

Before the court is a motion for attorney Joseph H. Kim to appear *pro hac vice* on the Defendant's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Kim has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Kim has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 25) is **GRANTED**. Attorney Kim is admitted to practice before this court in the above-entitled action on behalf of the Defendant.

**IT IS SO ORDERED.**

Dated this 3rd day of February, 2017.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge