# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| McKenzie County, North Dakota, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | Case No. 1:16-cv-001 |
| | ) | |
| Defendant. | ) | |

Before the court is a "Joint Motion to Stay Deadlines" filed by the parties on April 24, 2017. The parties request that the court stay all deadlines pending final disposition of defendant's motion to dismiss. They additionally agree that the final pretrial conference and trial scheduled may be cancelled and rescheduled as necessary at later date.

The court **GRANTS** the parties' motion (Docket No. 34). All pretrial deadlines shall be suspended pending further order of the court. The final pretrial conference scheduled for November 14, 2017, and bench trial scheduled for November 28, 2017, are cancelled.

**IT IS SO ORDERED.**

Dated this 27th day of April, 2017.

>*/s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court