IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| McKenzie County, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | Case No. 1:16-cv-001 |
| | ) | |
| Defendant. | ) | |

On September 22, 2022, the parties filed a proposed revised joint scheduling/discovery plan. (Doc. No. 69). The court **ADOPTS** the parties' plan an amends the scheduling and discovery deadlines as follows:

1. Defendant shall have until December 9, 2022, to provide expert disclosures, including complete expert reports of expert witnesses required to provide written reports under Fed. R. Civ. P. 26(a)(2). Expert disclosures shall be served on other parties, but not filed with the Court.

2. Plaintiff shall have until February 6, 2023, to provide any rebuttal expert disclosures, including complete expert reports of expert witnesses.

3. The parties have until March 23, 2023, to complete depositions of experts, and until April 24, 2023 to file discovery motions related to expert witnesses.

4. The parties shall then have until May 24, 2023, to file other dispositive motions.

**IT IS SO ORDERED.**

Dated this 23rd day of September, 2022.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court